# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE GILBERTO SERRANO GOYCO,**

                **Plaintiff,**

**-vs-**                                            **Case No.  6:07-cv-622-Orl-22KRS**

**BANNUM, INC., a/k/a:  Bannum Place of Wheeling LLC, a/k/a:  Bannum Place of Orlando,   et al.,**

                **Defendants.**

_____

## ORDER

This cause is before the Court on the Affidavit of Indigency (Doc. No. 2) filed on April 17, 2007.

The United States Magistrate Judge has submitted a Report recommending that Claims 1, 2 and 3 of the Complaint be dismissed with prejudice, and that Claim 4 be dismissed without prejudice, and that the request to proceed *in forma pauperis* be denied without prejudice.

After an independent *de novo* review of the record in this matter, including Plaintiff's request that he have until July 23, 2007 to file an amended complaint and renewed motion to proceed without payment of fees (Doc. No. 4), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed June 12, 2007 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Claims 1, 2 and 3 of the Complaint are DISMISSED WITH PREJUDICE.

3.      Claim 4 of the Complaint is DISMISSED WITHOUT PREJUDICE.

4.      No later than July 23, 2007 Plaintiff is given leave to file an Amended Complaint alleging Claim 4 with more specificity.  Such complaint must include a description of actions taken by the defendants that allegedly violate the Constitution, laws, or treaties of the United States. Further it must identify the specific provision to the Constitution, federal law or treaty that was violated. Plaintiff must explain the actions taken by the defendants that allegedly violated the cited provision and describe how he was harmed by the defendants' action. Plaintiff must also identify the defendants with reasonable specificity by providing the defendants' complete names and addresses. Finally the amended complaint should only be against those defendants that he alleges violated his Constitutional or statutory rights.

5.      Plaintiff's request to proceed without prepayment of fees (Doc. No. 2) is DENIED WITHOUT PREJUDICE.  No later than July 23, 2007 Plaintiff shall file a renewed motion to proceed without payment of fees.

6.      Failure to comply with this Order may result in dismissal of this action for lack of prosecution, without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 25, 2007.


Copies furnished to:


United States Magistrate Judge
Jose Gilberto Serrano Goyco, *pro se*

ANNE C. CONWAY
United States District Judge